146 So. 915

**James, alias Buddie, ABRAMS v. STATE.**
4 Div. 946.

Court of Appeals of Alabama.
Feb. 7, 1933.

PER CURIAM.
Appeal dismissed on motion of appellant.

142 So. 919

**F. O. ADAMS v. STATE.**
8 Div. 550.

Court of Appeals of Alabama.
May 24, 1932.

RICE, J.
Affirmed.

146 So. 915

**Jack ADKINS v. STATE.**
8 Div. 713.

Court of Appeals of Alabama.
March 7, 1933.

RICE, Judge.
Affirmed.

146 So. 916

**J. W. ADKINS v. STATE.**
8 Div. 704.

Court of Appeals of Alabama.
March 21, 1933.

RICE, Judge.
Affirmed.

150 So. 921

**Buford ADKINSON v. STATE.**
4 Div. 31.

Court of Appeals of Alabama.
Nov. 14, 1933.

SAMFORD, Judge.
Appeal dismissed.

145 So. 914

**ALABAMA POWER CO. v. C. D. McNAIR.**
7 Div. 934.

Court of Appeals of Alabama.
Jan. 12, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

145 So. 914

**ALABAMA POWER CO. v. J. M. TIDMORE.**
6 Div. 451.

Court of Appeals of Alabama.
Jan. 20, 1933.

PER CURIAM.
Appeal dismissed by agreement.

148 So. 915

**Gene ALEXANDER and Vann Alexander v. STATE.**
8 Div. 789.

Court of Appeals of Alabama.
May 23, 1933.

BRICKEN, Presiding Judge.
Affirmed.